AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)         Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

United States of America
v.
Aven Sellers

Case No: 4:11-cr-02161-TLW-9
USM No: 23256-171

Date of Original Judgment: 09/26/2012
Date of Previous Amended Judgment:
(Use Date of Last Amended Judgment if Any)

Pro se
Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because the Chapter Four enhancements override Chapter Two. Defendant is a career offender.

Except as otherwise provided, all provisions of the judgment dated 09/26/2012 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 09/11/2020

s/ Terry L. Wooten
Judge's signature

Effective Date:
(if different from order date)

Terry L. Wooten, Senior United States District Judge
Printed name and title